1   JOHN BROSNAN
2   P.O. Box 21281
    EL SOBRANTE, CA 94820
3   510.350.6542
4   johnbrosnanlegal@gmail.com
    Pro Se

**FILED**

2015 OCT 29 A 7: 41

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>        Plaintiff,<br><br>Vs.<br><br>NATIONAL LOAN CENTER, LENDIO.COM, LENDIO INCORPORATED.COM, BUSINESSBOUNCE.COM, JASON KATZ, AND DOES 1-99,<br><br>        Defendants. | **Case No. 15-cv-03487-JCS**<br><br>**TELEPHONIC APPEARANCE REQUEST**<br><br>**Date: November 6, 2015**<br>**Time: 2:00 PM**<br>**Dept: Courtroom G, 15th Floor** |

Please be advised that Plaintiff, John Brosnan, hereby requests
permission to appear telephonically for the upcoming hearing.
John Brosnan will be available for the hearing on his direct dial
line of 510.350.6542.


DATED: October 19, 2015        /s/  John Brosnan — Pro Se


IT IS HEREBY ORDERED THAT Mr. Brosnan shall be on phone standby and await the
Court's call.
Dated: 10/29/15

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

1