UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LOAN CENTER, et al.,<br><br>Defendants. | Case No. 15-cv-03487-JCS<br><br>**ORDER REVIEWING PLAINTIFF'S AMENDED COMPLAINT UNDER 28 U.S.C. § 1915 AND ORDERING SERVICE OF COMPLAINT BY MARSHAL** |

Plaintiff has been granted leave to proceed *in forma pauperis* and therefore, the Court has an obligation to review his complaint under 28 U.S.C. § 1915(e)(2)(B). In its October 26, 2015 order, the Court found that: 1) Plaintiff's claims under the Truth in Caller ID Act ("TCIA") failed because there is no private right of action under that law; and 2) Plaintiff's claims under the Telephone Consumer Protection Act ("TCPA") were deficient as to all Defendants except National Loan Center because he failed to allege specific facts showing how those Defendants were connected to the robocalls that are the basis for his claims. The Court granted Plaintiff leave to amend and Plaintiff filed an amended complaint on November 23, 2015.

In the amended complaint, Plaintiff has dropped his claims under the TCIA and has alleged additional facts linking the robocalls to all of the named defendants. Because the Court finds that Plaintiff's amended complaint is sufficient to survive review under Section 1915, the Court orders the United States Marshal to serve the Complaint, a copy of this order, and any scheduling orders

on all named Defendants.[1]

**IT IS SO ORDERED.**

Dated:  December 21, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] Plaintiff has consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c).