UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br>　　　　Plaintiff.<br>　　v.<br>NATIONAL LOAN CENTER, et al.,<br>　　　　Defendants. | Case No. 15-cv-03487-JCS<br><br>**ORDER TO SHOW CAUSE** |

IT IS HEREBY ORDERED that Plaintiff appear on **August 26, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendants Business Bounce, Jason Katz, and National Loan Center should not be dismissed for Plaintiff's failure to serve these Defendants.

IT IS SO ORDERED.

Dated: June 2, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge